THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MADHI SHISHEHGAR, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BERKSHIRE HATHAWAY SPECIALTY INSURANCE, a Foreign Insurance Company; REDBRIDGE INSURANCE COMPANY, LTD, a Foreign Insurance Company; DIVE ASSURE a Foreign Insurance Company, <br><br> Defendants. | Case No. 2:25-cv-00515 <br><br> [King County Superior Court Case No. 25-2-03044-0 SEA] |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for defendants Berkshire Hathaway Specialty Insurance and Dive Assure to answer, move or otherwise respond to the complaint is extended through and including April 21, 2025.

Dated: March 28, 2025

STIPULATED ORDER - 1

Ropers Majeski PC
Attorneys at Law
800 Third Avenue
29th Floor
New York, New York 10022
212.668.5927

| | |
|---|---|
| ELSNER LAW FIRM, PLLC | ROPERS MAJESKI PC |
| By: /s/ *Justin Elser* | By: /s/ *Andrew L. Margulis* |
| Justin Elser | Andrew L. Margulis |
| Attorneys for Plaintiff | Attorneys for Defendant Berkshire Hathaway Specialty Insurance Company |

BAKER HOSTETLER

By: /s/ *Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey
Attorneys for Defendant Dive Assure

Dated: April 1, 2025

SO ORDERED:

_____
Hon. James L. Robart
U.S.D.J.

STIPULATED ORDER - 2

ROPERS MAJESKI PC
Attorneys at Law
800 Third Avenue
29th Floor
New York, New York 10022
212.668.5927