UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MADHI SHISHEHGAR, an individual,

Plaintiff,

v.

BERKSHIRE HATHAWAY SPECIALTY
INSURANCE, a Foreign Insurance Company;
REDBRIDGE INSURANCE COMPANY,
LTD, a Foreign Insurance Company; DIVE
ASSURE a Foreign Insurance Company,

Defendants.

Case No. 2:25-cv-00515

**DEFENDANT REDBRIDGE'S
ANSWER AND AFFIRMATIVE
DEEFENSES TO PLAINTIFFS'
FIRST AMENDED
COMPLAINT**

**JURY DEMAND**

Defendant Redbridge Insurance Company, LTD ("Redbridge"), by and through its undersigned counsel, submits its Answer and Affirmative Defenses to the First Amended Complaint ("FAC") filed by Plaintiff, Madhi Shishehgar ("Plaintiff"). Except to the extent expressly admitted below, Redbridge denies each and every allegation contained in the FAC, each and every purported cause of action in it, and further denies that Plaintiff has been damaged in the manner alleged (or in any way whatsoever). Because the headings and exhibit in the FAC are not allegations, Redbridge does not respond to them. To the extent a response to the headings and exhibit is necessary, Redbridge denies the allegations contained in any headings or exhibits. In support, Redbridge states:

I.      PARTIES

DEFENDANT REDBRIDGE'S ANSWER AND
AFFIRMATIVE DEFENSES - 1
Case No. 2:25-cv-00515

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

1. Redbridge is without sufficient knowledge as to the truth and accuracy of the Allegations set forth in paragraph 1 and, therefore, can neither admit nor deny at this time.

2. Redbridge asserts that the allegations set forth in paragraph 2 are not directed to Redbridge, and Redbridge is without sufficient knowledge with which to admit or deny the same.

3. Redbridge admits the allegations in paragraph 3.

4. Redbridge asserts that the allegations set forth in paragraph 4 are not directed to Redbridge, and Redbridge is without sufficient knowledge with which to admit or deny the same.

## II. JURISDICTION AND VENUE

5. Redbridge is without sufficient knowledge as to the truth and accuracy of the Allegations set forth in paragraph 5, and therefore can neither admit nor deny at this time.

6. In response to paragraph 6 of the FAC, the allegations are legal conclusions requiring no response. To the extent a response is required, Redbridge denies the allegations.

## III. FACTS

7. Redbridge denies the allegations of paragraph 7 except to admit that Redbridge underwrote a travel policy to Mahdi Shishehgar (the "Travel Policy") (attached here as **Exhibit A**) and refers to that policy for the terms and conditions within it and denies any allegations inconsistent with its terms. Further, Redbridge denies knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 insofar as they relate to defendants other than Redbridge.

8. Redbridge denies the allegations of paragraph 8.

9. The Travel Policy speaks for itself, and Redbridge denies any allegations inconsistent with it.

10. Redbridge is without sufficient knowledge as to the truth and accuracy of the Allegations set forth in paragraph 10 and, therefore, can neither admit nor deny at this time.

11. Redbridge denies the allegations in paragraph 11.

12. Redbridge denies the allegations set forth in paragraph 12.

13. Redbridge denies the allegations of paragraph 13.

DEFENDANT REDBRIDGE'S ANSWER AND
AFFIRMATIVE DEFENSES - 2
Case No. 2:25-cv-00515

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

14. Redbridge denies the allegations of paragraph 14.

## IV. CAUSES OF ACTION

### (Insurance Fair Conduct Act – RCW 48.30.015)
### As to all Defendants

15. Redbridge reincorporates by reference all responses to paragraphs 1 through 14 as if fully stated herein.

16. Redbridge denies the allegations of paragraph 16.

17. Redbridge denies the allegations of paragraph 17.

18. Redbridge denies the allegations of paragraph 18.

### (Consumer Protection Act – RCW 19.86 et seq)
### As to all Defendants

19. Redbridge reincorporates by reference all responses to paragraphs 1 through 18 as if fully stated herein.

20. Redbridge denies the allegations of paragraph 20.

21. Redbridge denies the allegations of paragraph 21.

22. Redbridge denies the allegations of paragraph 22.

### Breach of Contract
### As to all Defendants

23. Redbridge reincorporates by reference all responses to paragraphs 1 through 22 as if fully stated herein.

24. Redbridge denies the allegations of paragraph 24.

25. Redbridge denies the allegations of paragraph 25.

26. Redbridge denies the allegations of paragraph 26.

27. Redbridge denies the allegations of paragraph 27.

### Bad Faith
### As to all Defendants

28. Redbridge reincorporates by reference all responses to paragraphs 1 through 27 as if fully stated herein.

DEFENDANT REDBRIDGE'S ANSWER AND
AFFIRMATIVE DEFENSES - 3
Case No. 2:25-cv-00515

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

29. Redbridge denies the allegations of paragraph 29.

30. Redbridge denies the allegations of paragraph 30.

31. Redbridge denies the allegations of paragraph 31.

32. Redbridge denies the allegations of paragraph 32.

33. Redbridge denies the allegations of paragraph 33.

34. Redbridge denies the allegations of paragraph 34.

35. Redbridge denies the allegations of paragraph 35.

## **PRAYER FOR RELIEF**

Redbridge denies that Plaintiff is entitled to any relief against Redbridge as set forth in paragraphs 1-4.

## **AFFIRMATIVE DEFENSES**

By way of further Answer, and as Affirmative Defenses, Redbridge alleges and asserts, as follows:

1. Redbridge incorporates by reference herein each and every response in the preceding paragraphs.

2. Plaintiff has failed to state a claim upon which relief can be granted, as to any cause of action against Redbridge.

3. Plaintiff's claims and alleged damages, if any, are waived to the extent that Plaintiff's conduct and/or the provisions of the insurance policies disclaims, waives, excludes, or otherwise limits Plaintiff's right to bring or recover the same.

4. Plaintiff's claims and alleged damages, if any, are barred and/or limited by the doctrines of laches and estoppel.

5. Plaintiff's claims are barred to the extent that they have been paid, settled, or both, and have received all compensation owed and due under the insurance policies.

DEFENDANT REDBRIDGE'S ANSWER AND
AFFIRMATIVE DEFENSES - 4
Case No. 2:25-cv-00515

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

6. Plaintiff's claims are barred in whole or in part by the doctrine of accord and satisfaction.

8. Plaintiff's claims against Redbridge are barred by its material breaches of the policy and failures in performance.

9. Plaintiff failed to comply with contractual, statutory, and/or common-law conditions precedent.

10. Plaintiff's claims are barred by a failure of consideration and/or failure of conditions or conditions precedent including, without limitation, failure to comply with material terms of the insurance policies.

11. Plaintiff's alleged damages, if any, were caused by or resulted from Plaintiff's own actions or inactions.

12. Plaintiff's alleged damages, if any, were caused by or resulted from the actions or inactions of persons or entities other than Redbridge, and over whom Redbridge has no authority or control.

13. Plaintiff's claims fail under the doctrine of unclean hands and/or fraud.

14. Plaintiff failed to mitigate its own damages, if any at all.

15. Plaintiff's alleged damages, if any, were caused by or resulted from Plaintiff's own negligence and comparative fault.

16. Plaintiff's claims are barred, in whole or in part, by superseding causes not attributable to Redbridge.

17. Redbridge is entitled to setoff or offset against any recovery by Plaintiff or any third party.

18. Plaintiff's damages, if any, are limited by the terms and conditions of the policies

DEFENDANT REDBRIDGE'S ANSWER AND
AFFIRMATIVE DEFENSES - 5
Case No. 2:25-cv-00515

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

at issue.

19. Plaintiff's claims are barred by the doctrine of waiver.

20 Plaintiff's claims are barred by the doctrine of unjust enrichment.

21. Plaintiff's claims are barred by the doctrine of acquiescence.

22. Plaintiff's claims are barred by acts of fraud, fraudulent inducement, and/or fraudulent concealment.

23. Plaintiff's claims are barred by public policy.

24. Plaintiff's claims are barred because he lacks privity with Redbridge.

25. Plaintiff's claims are barred because there is no coverage under the Travel Policy.

26. Plaintiff's claims are barred to the extent they seek payment that would violate U.S. law and/or sanctions related to a foreign country.

27. Plaintiff's claims are barred because the Travel Policy is excess to any other policy.

28. Redbridge reserves its right to Amend and/or Supplement its Answer and Affirmative Defenses, if discovery or further investigation reveal facts from which new or additional answers, affirmative defenses, or claims arise.

## JURY DEMAND

Redbridge demands a jury on all issues triable by a jury.

## PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiff's FAC, and having asserted its Affirmative Defenses, Defendant Redbridge, prays for the Court's relief, as follows:

1. For dismissal of Plaintiff's claims against Redbridge, plus an award of all costs, disbursements, and attorney's fees incurred by Redbridge relative to the above-entitled action; and

2. An award of any other or further relief to which Redbridge is contractually,

DEFENDANT REDBRIDGE'S ANSWER AND
AFFIRMATIVE DEFENSES - 6
Case No. 2:25-cv-00515

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

statutorily, or otherwise entitled, or which the Court deems just and proper.

DATED: June 9, 2025

Respectfully submitted,

_s/ Cornelia Brandfield-Harvey_
Cornelia Brandfield-Harvey, WSBA # 59746
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel. (206) 332-1101
Email: cbrandfieldharvey@bakerlaw.com

*Attorney for Defendants DiveAssure and Redbridge*

DEFENDANT REDBRIDGE'S ANSWER AND
AFFIRMATIVE DEFENSES - 7
Case No. 2:25-cv-00515

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Justin G Elsner                                       *Counsel for Plaintiff*
ELSNER LAW FIRM PLLC
23711 Brier Rd
Brier, WA  98036
Phone:  206-447-1425
Email: justin@elsnerlawfirm.com


Andrew Leslie Margulis                        *Counsel for Berkshire Hathaway*
ROPERS MAJESKI PC (NY)
800 Third Ave., 29th Floor
New York, NY  10022
Phone:  212-668-5927
Email: andrew.margulis@ropers.com

*s/ Cheryl A. Phillps*
Cheryl A. Phillips

---

DEFENDANT REDBRIDGE'S ANSWER AND
AFFIRMATIVE DEFENSES - 8
Case No. 2:25-cv-00515

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380