THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MADHI SHISHEHGAR, an individual,

    Plaintiff,

v.

BERKSHIRE HATHAWAY SPECIALTY INSURANCE, a Foreign Insurance Company; REDBRIDGE INSURANCE COMPANY, LTD, a Foreign Insurance Company; DIVE ASSURE a Foreign Insurance Company,

    Defendants.

Case No. 2:25-cv-00515-JLR

**[PROPOSED] ORDER GRANTING DEFENDANTS DIVEASSURE AND REDBRIDGE'S MOTION FOR JUDGMENT ON THE PLEADINGS**

THIS MATTER came before this Court on Defendants' Motion for Judgment on the Pleadings. The Court has considered the following:

1. Defendant's Motion for Judgment on the Pleadings;
2. _____; and
3. _____.

_____.

Now being fully advised on the matter and for good cause shown:

/ / /

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS - 1
CASE NO. 2:25-CV-00515-JLR

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

It is hereby ORDERED that the motion is GRANTED. Plaintiff's claims against Defendants are dismissed with prejudice.

DATED this _____ day of October, 2025.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Cornelia Brandfield-Harvey*
Cornelia Brandfield-Harvey, WSBA #59746
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel. (206) 332-1101
Email: cbrandfieldharvey@bakerlaw.com

Sam A. Camardo (admitted *pro hac vice*)
Brittany Lockyer (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
T: 216.621.0200
E: scamardo@bakerlaw.com
E: blockyer@bakerlaw.com

*Attorneys for Defendants DiveAssure and Redbridge*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS - 2
CASE NO. 2:25-CV-00515-JLR

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380