THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MAHDI SHISHEHGAR, an individual,

        Plaintiff,

    v.

BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, a Foreign Insurance Company, REDBRIDGE INSURANCE COMPANY, LTD, a Foreign Insurance Company, DIVE ASSURE, a Foreign Insurance Company.

        Defendants.

No. 2:25-cv-00515-JLR

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and among the undersigned counsel for all remaining parties to this action, that this action be and hereby is dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

///

///

///

///

///

STIPULATION OF DISMISSAL - 1

4938-3611-3580.1

ROPERS MAJESKI PC
Attorneys at Law
800 Third Avenue
29th Floor
New York, New York  10022
212.668.5927

Dated: May 14, 2026                    ROPERS MAJESKI PC


By: /s/ *Andrew L. Margulis*
    ANDREW L. MARGULIS
    andrew.margulis@ropers.com
    WSBA No. 52993

    *Attorneys for Defendant BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY*


ELSNER LAW FIRM, PLLC


By: /s/ *Justin Elsner*
    JUSTIN ELSNER, WSBA #39251
    justin@elsnerlawfirm.com

STIPULATION OF DISMISSAL - 2

4938-3611-3580.1

ROPERS MAJESKI PC
Attorneys at Law
800 Third Avenue
29th Floor
New York, New York  10022
212.668.5927